UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHANIE ROACH, | ) | No. CV 08-6805-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: _August 5, 2009_____   _/S/ ROSALYN M. CHAPMAN_____
                                 ROSALYN M. CHAPMAN
                           UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-6805.mdo
8/5/09